UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BMG Music
1540 Broadway
New York, NY 10036;

Arista Records LLC
888 Seventh Avenue, 40th Floor
New York, NY 10019;

Atlantic Recording Corporation
1290 Avenue of the Americas
New York, NY 10014;

Capitol Records, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011;

Elektra Entertainment Group, Inc.
75 Rockefeller Plaza
New York, NY 10019;

Fonovisa, Inc.
5820 Canoga Avenue
Suite 300
Woodland Hills, CA 91367;

Interscope Records
2220 Colorado Avenue
Santa Monica, CA 90404;

LaFace Records LLC
137-139 West 25th Street
New York, NY 10001;

Lava Records
1290 Avenue of the Americas
New York, NY 10014;

Maverick Recording Company
9348 Civic Center Drive
Beverly Hills, CA 90210;

Motown Record Company, L.P.
1755 Broadway, 6th Floor
New York, NY 10019;

Priority Records LLC
1750 N. Vine St.
Los Angeles, CA 90028;

Civil Action No.: _____

SONY BMG MUSIC ENTERTAINMENT
550 Madison Avenue
New York, NY 10022-3211;

UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404;

and

Virgin Records America, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011,

                              Plaintiffs,

              v.

DOES 1 - 24,

                              Defendants.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys, for their complaint against Defendants, allege:

### JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq*.).

2.      This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.      Venue in this District is proper.  See 28 U.S.C. §§ 1391(b), 1400(a).  Although the true identity of each Defendant is unknown to Plaintiffs at this time, on information and belief, a substantial part of the acts of infringement complained of herein occurred in this District.  On information and belief, personal jurisdiction in this District is proper because each Defendant, without consent or permission of the copyright owner, disseminated over the Internet

copyrighted works owned and/or controlled by Plaintiffs. On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one. In addition, each Defendant contracted with an Internet Service Provider ("ISP") found in this District to provide each Defendant with the access to the Internet which facilitated Defendants' infringing activities.

## PARTIES

4.      Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

5.      Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6.      Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7.      Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8.      Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

9.      Plaintiff Fonovisa, Inc. is a division of Univision Music LLC. Univision Music LLC is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

10.     Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

11.     Plaintiff LaFace Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

12.     Plaintiff Lava Records LLC, a limited liability company, is a joint venture between Atlantic Recording Corporation and Diamond Music LLC, and is duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

13.     Plaintiff Maverick Recording Company is a joint venture between SR/MDM Venture Inc. and Maverick Records LLC, organized and existing under the laws of the State of California, with its principal place of business in the State of California.

14.     Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

15.     Plaintiff Priority Records LLC is a limited liability company with its principal place of business in the State of California.

16.     Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

17.     Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

18.     Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

19.     Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

20.     Plaintiff ZOMBA RECORDING LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

21.     The true names and capacities of Defendants are unknown to Plaintiffs at this time.  Each Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to that Defendant by his or her ISP on the date and time of that Defendant's infringing activity.  See Exhibit A.  Plaintiffs believe that information obtained in discovery will lead to the identification of each Defendant's true name.

22.     Although Plaintiffs do not know the true names of Defendants, each Defendant is alleged to have committed violations of the same law (e.g., copyright law), by committing the same acts (e.g., the downloading and distribution of copyrighted sound recordings owned by Plaintiffs), and by using the same means (e.g., a file-sharing network) that each Defendant accessed via the same ISP.  Accordingly, Plaintiffs' right to relief arises out of the same series of transactions or occurrences, and there are questions of law or fact common to all Defendants such that joinder is warranted and appropriate here.

## COUNT I
## INFRINGEMENT OF COPYRIGHTS

23.    Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

24.    Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings").  Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

25.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

26.    Plaintiffs are informed and believe that each Defendant, without the permission or consent of Plaintiffs, has continuously used, and continues to use, an online media distribution system to download and/or distribute to the public certain of the Copyrighted Recordings. Exhibit A identifies on a Defendant-by-Defendant basis (one Defendant per page) the IP address with the date and time of capture and a list of copyrighted recordings that each Defendant has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public. Through his or her continuous and ongoing acts of downloading and/or distributing to the public the Copyrighted Recordings, each Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution.  Each Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive rights under copyright.  (In addition to the sound recordings listed

for each Defendant on Exhibit A, Plaintiffs are informed and believe that each Defendant has, without the permission or consent of Plaintiffs, continuously downloaded and/or distributed to the public additional sound recordings owned by or exclusively licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of infringement are ongoing.  Exhibit A includes the currently-known total number of audio files being distributed by each Defendant.)

27.     Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A.  These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A.  These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by each Defendant.

28.     Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

29.     As a result of each Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by that Defendant of each copyrighted recording.  Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

30.     The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money.  Plaintiffs have no adequate remedy at law.  Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting each Defendant

from further infringing Plaintiffs' copyrights, and ordering that each Defendant destroy all copies

of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1. For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings or to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2. For statutory damages for each infringement of each Copyrighted

Recording pursuant to 17 U.S.C. § 504.

3. For Plaintiffs' costs in this action.

4. For Plaintiffs' reasonable attorneys' fees incurred herein.

5. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated:     June 27, 2007

Matthew J. Oppenheim (D.C. Bar No. 443698)
Oppenheim Group
7304 River Falls Drive
Potomac, MD  20854
(301) 299-4986

Attorney for Plaintiffs

8

**EXHIBIT A**

**IP Address:** 129.44.87.99 2007-06-13 10:01:47 EDT                **CASE ID#** 132802559

**P2P Network:** GnutellaUS                **Total Audio Files:** 464

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Zomba Recording LLC | Justin Timberlake | Senorita | Justified | 319-834 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| UMG Recordings, Inc. | Hinder | Lips of an Angel | Extreme Behavior | 379-192 |
| Zomba Recording LLC | Usher | Burn | Confessions | 354-784 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| Interscope Records | Smash Mouth | All Star | Astro Lounge | 264-519 |
| UMG Recordings, Inc. | Blue October | Hate Me | Foiled | 388-117 |
| UMG Recordings, Inc. | Black Eyed Peas | Pump It | Monkey Business | 378-166 |
| Zomba Recording LLC | Eamon | Fuck It (I Don't Want You Back) | I Don't Want You Back | 346-788 |
| Atlantic Recording Corporation | Sister Sledge | We Are Family | We Are Family | 6-182 |

**EXHIBIT A**

**IP Address:** 141.157.61.19 2007-05-30 22:07:05 EDT    **CASE ID#** 131198244

**P2P Network:** GnutellaUS    **Total Audio Files:** 177

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | If You Had My Love | On The 6 | 309-337 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Crazy in Love | Dangerously in Love | 342-236 |
| UMG Recordings, Inc. | Kanye West | Through the Wire | College Dropout | 347-391 |
| UMG Recordings, Inc. | The Pussycat Dolls | Stickwitu | PCD | 377-102 |
| UMG Recordings, Inc. | Ludacris | Get Back | The Red Light District | 364-863 |
| Atlantic Recording Corporation | Sean Paul | Get Busy | Dutty Rock | 352-634 |
| Atlantic Recording Corporation | Pretty Ricky | Your Body | Bluestars | 376-229 |
| Zomba Recording LLC | Ciara | Hotline | Goodies | 355-316 |
| Zomba Recording LLC | Usher | Burn | Confessions | 354-784 |

**EXHIBIT A**

**IP Address:** 71.112.138.31 2007-05-31 03:21:51 EDT          **CASE ID#** 131228313

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 142

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Pink | Numb | M!ssundaztood | 326-672 |
| UMG Recordings, Inc. | Weezer | Say It Ain't So | Weezer (Blue Album) | 187-644 |
| Capitol Records, Inc. | Pink Floyd | Hey You | The Wall | 14-787 |
| UMG Recordings, Inc. | Kanye West | Touch The Sky | Late Registration | 372-867 |
| Capitol Records, Inc. | Norah Jones | Don't Know Why | Come Away With Me | 320-120 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Blind | Korn | 201-939 |
| UMG Recordings, Inc. | Weezer | Island in the Sun | Weezer (Green Album) | 297-030 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Stellar | Make Yourself | 278-818 |
| UMG Recordings, Inc. | Ghostface | Ghostface | The Pretty Toney Album | 353-392 |

**EXHIBIT A**

**IP Address:** 71.114.132.54 2007-05-09 20:57:27 EDT                **CASE ID#** 128455993

**P2P Network:** GnutellaUS                **Total Audio Files:** 599

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Sum 41 | Still Waiting | Does This Look Infected? | 337-798 |
| SONY BMG MUSIC ENTERTAINMENT | Crossfade | Colors | Crossfade | 354-126 |
| BMG Music | Mobb Deep | Right Back At You | The Infamous | 209-806 |
| UMG Recordings, Inc. | Blue October | Into the Ocean | Foiled | 388-117 |
| Lava Records LLC | Simple Plan | Welcome To My Life | Still Not Getting Any… | 375-167 |
| Interscope Records | Eminem | The Real Slim Shady | The Marshall Mathers LP | 287-944 |
| BMG Music | Jamie Foxx | Unpredictable | Unpredictable | 374-820 |
| Warner Bros. Records Inc. | Disturbed | Stricken | Ten Thousand Fists | 380-289 |

**EXHIBIT A**

**IP Address:** 71.115.37.236 2007-05-22 09:14:51 EDT                **CASE ID#** 130157581

**P2P Network:** GnutellaUS                                          **Total Audio Files:** 459

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Ascension (Don't Ever Wonder) | Maxwell's Urban Hang Suite | 221-404 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Your Body Is a Wonderland | Room for Squares | 305-049 |
| SONY BMG MUSIC ENTERTAINMENT | Our Lady Peace | Starseed | Naveed | 302-336 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Falling Away from Me | Issues | 276-133 |
| Capitol Records, Inc. | Keith Urban | Your Everything | Keith Urban | 273-265 |
| UMG Recordings, Inc. | Josh Turner | Long Black Train | Long Black Train | 344-336 |
| Warner Bros. Records Inc. | Avenged Sevenfold | Beast And The Harlot | City Of Evil | 374-368 |
| SONY BMG MUSIC ENTERTAINMENT | Our Lady Peace | Thief | Happiness Is Not A Fish That You Can Catch | 291-970 |
| UMG Recordings, Inc. | Rihanna | Break It Off | A Girl Like Me | 387-137 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Give It Away | Blood Sugar Sex Magik | 135-276 |

## EXHIBIT A

**IP Address:** 71.123.240.188 2007-06-11 10:20:43 EDT                    **CASE ID#** 132568744

**P2P Network:** GnutellaUS                                               **Total Audio Files:** 881

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Vanilla Ice | Ice Ice Baby | To The Extreme | 125-259 |
| Arista Records LLC | Brooks & Dunn | My Next Broken Heart | Brand New Man | 140-290 |
| Warner Bros. Records Inc. | Linkin Park | Points Of Authority | Hybrid Theory | 288-402 |
| Atlantic Recording Corporation | Matchbox 20 | Real World | Yourself or Someone Like You | 227-755 |
| Elektra Entertainment Group Inc. | Linda Ronstadt | Don't Know Much | Cry Like A Rainstorm, Howl Like The Wind | 110-754 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |
| Atlantic Recording Corporation | Trick Daddy | I'm A Thug | Thugs Are Us | 303-748 |
| UMG Recordings, Inc. | Nelly | Grillz | Grillz (single) | 385-148 |
| UMG Recordings, Inc. | Kanye West | Breathe In Breathe Out | College Dropout | 347-391 |

**EXHIBIT A**

**IP Address:** 71.126.132.61 2007-05-11 07:14:58 EDT                    **CASE ID#** 128631089

**P2P Network:** GnutellaUS                                             **Total Audio Files:** 2642

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Los Angeles Negros | Dejenme Si Estoy Llorando | 30 Exitos | 74-268 |
| Fonovisa, Inc. | Banda Machos | Casimira | Casimira | 144-611 |
| Fonovisa, Inc. | Los Bukis | Si Me Recuerdas | 16 Kilates Musicales | 198-607 |
| Elektra Entertainment Group Inc. | Eagles | One of These Nights | One of These Nights | N28687 |
| Motown Record Company, L.P. | Lionel Richie | Stuck on You | Can't Slow Down | 49-235 |
| Capitol Records, Inc. | Thalia | Tu Y Yo | Thalia | 317-586 |
| Warner Bros. Records Inc. | Chicago | Stay the Night | Chicago 17 | 54-174 |
| Fonovisa, Inc. | Los Angeles De Charly | Un Sueno | Suenos | 289-765 |
| Fonovisa, Inc. | Los Temerarios | Como Te Recuerdo | Como Te Recuerdo | 250-381 |
| Capitol Records, Inc. | Alvaro Torres | Que Lastima | Amor Del Alma | 231-564 |

**EXHIBIT A**

**IP Address:** 71.126.159.43 2007-05-21 08:21:49 EDT          **CASE ID#** 130015132

**P2P Network:** GnutellaUS                                        **Total Audio Files:** 190

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Zomba Recording LLC | Nivea | Don't Mess With My Man | Nivea | 320-319 |
| SONY BMG MUSIC ENTERTAINMENT | Kelly Rowland | Dilemma | Simply Deep | 309-147 |
| UMG Recordings, Inc. | Akon | Lonely | Trouble | 361-456 |
| UMG Recordings, Inc. | Rihanna | SOS | A Girl Like Me | 387-137 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Bolton | How Am I Supposed To Live Without You | Soul Provider | 106-829 |
| UMG Recordings, Inc. | Ludacris | What's Your Fantasy | Back For the First Time | 289-433 |
| SONY BMG MUSIC ENTERTAINMENT | Frankie J | Don't Wanna Try | The One | 377-949 |
| UMG Recordings, Inc. | The Pussycat Dolls | Stickwitu | PCD | 377-102 |
| LaFace Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |

**EXHIBIT A**

**IP Address:** 71.127.71.103 2007-05-30 11:58:41 EDT                    **CASE ID#** 131166892

**P2P Network:** GnutellaUS                    **Total Audio Files:** 3856

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Faith Hill | Piece Of My Heart | Take Me As I Am | 182-853 |
| BMG Music | Lonestar | You Walked In | Crazy Nights | 235-837 |
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| UMG Recordings, Inc. | Styx | Blue Collar Man | Pieces Of Eight | 5-572 |
| BMG Music | Kenny Chesney | She's Got It All | I Will Stand | 238-371 |
| BMG Music | Brooks & Dunn | Beer Thirty | Tight Rope | 303-837 |
| BMG Music | Brad Paisley | Alcohol | Time Well Wasted | 366-007 |
| Arista Records LLC | Brooks & Dunn | Brand New Man | Brand New Man | 140-290 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Bad | Bad | 84-256 |

## EXHIBIT A

**IP Address:** 71.162.141.183 2007-06-08 14:16:35 EDT          **CASE ID#** 132263845

**P2P Network:** GnutellaUS                                     **Total Audio Files:** 1686

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Zomba Recording LLC | Backstreet Boys | Just Want You To Know | Never Gone | 365-999 |
| UMG Recordings, Inc. | Nelly | Flap Your Wings | Sweat | 358-561 |
| BMG Music | Mario | Just a Friend | Mario | 318-136 |
| SONY BMG MUSIC ENTERTAINMENT | Omarion | I'm Tryna | O | 371-123 |
| BMG Music | O-Town | Liquid Dreams | O-Town | 294-872 |
| BMG Music | Kelly Clarkson | Miss Independent | Thankful | 355-313 |
| UMG Recordings, Inc. | Boyz II Men | End Of The Road | Legacy | 305-536 |
| Arista Records LLC | Kelis | Milkshake | Tasty | 353-969 |
| Virgin Records America, Inc. | Janet Jackson | All for You | All for You | 308-900 |
| Motown Record Company, L.P. | 98 Degrees | The Hardest Thing | 98 Degrees & Rising | 237-315 |

**EXHIBIT A**

**IP Address:** 71.162.9.61 2007-05-22 01:13:36 EDT                    **CASE ID#** 130096708

**P2P Network:** GnutellaUS                    **Total Audio Files:** 596

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Wonderwall | (What's The Story) Morning Glory | 289-141 |
| SONY BMG MUSIC ENTERTAINMENT | Modest Mouse | Float On | Good News For People Who Love Bad News | 353-218 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| UMG Recordings, Inc. | Erykah Badu | Next Lifetime | Baduizm | 233-364 |
| UMG Recordings, Inc. | Fall Out Boy | I Slept With Someone In Fall Out Boy And All I Got Was This Stupid Song | From Under The Cork Tree | 371-909 |
| Maverick Recording Company | Story of the Year | In the Shadows | Page Avenue | 340-938 |
| UMG Recordings, Inc. | Weezer | Butterfly | Pinkerton | 226-562 |
| Elektra Entertainment Group Inc. | Jason Mraz | You and I Both | Waiting for My Rocket to Come | 357-729 |
| SONY BMG MUSIC ENTERTAINMENT | Heart | Break | Bebe Le Strange | 17-640 |
| Motown Record Company, L.P. | Erykah Badu | My Life | Mama's Gun | 295-614 |

## EXHIBIT A

**IP Address:**  71.185.73.209 2007-06-13 09:39:07 EDT                    **CASE ID#** 132796714

**P2P Network:**  GnutellaUS                                              **Total Audio Files:** 337

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Nothingman | Vitalogy | 206-558 |
| Arista Records LLC | Whitney Houston | I Wanna Dance With Somebody | Whitney | 89-966 |
| UMG Recordings, Inc. | 3 Doors Down | Be Like That | The Better Life | 277-407 |
| BMG Music | Keith Anderson | Every Time I Hear Your Name | Three Chord Country And American Rock & Roll | 369-354 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Lose My Breath | Destiny Fulfilled | 363-786 |
| BMG Music | Dave Matthews Band | Satellite | Under the Table and Dreaming | 285-688 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Elderly Woman Behind the Counter in a Small Town | Vs. | 207-219 |
| SONY BMG MUSIC ENTERTAINMENT | Howie Day | Collide | Stop All The World Now | 377-947 |

**EXHIBIT A**

**IP Address:**  71.245.113.81 2007-05-10 03:21:15 EDT          **CASE ID#**  128474348

**P2P Network:**  GnutellaUS          **Total Audio Files:** 141

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Third Eye Blind | Jumper | Third Eye Blind | 188-673 |
| BMG Music | Alicia Keys | If I Ain't Got You | The Diary of Alicia Keys | 346-869 |
| UMG Recordings, Inc. | Tom Petty | I Won't Back Down | Full Moon Fever | 103-541 |
| BMG Music | Kenny Chesney | You Save Me | The Road and the Radio | 383-449 |
| SONY BMG MUSIC ENTERTAINMENT | Frankie J | How To Deal | The One | 377-949 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Love Don't Cost A Thing | J. To Tha L-O!: The Remixes | 309-337 |
| Elektra Entertainment Group Inc. | Fabolous | Can't Let You Go | Street Dreams | 342-573 |
| Arista Records LLC | Anthony Hamilton | Charlene | Comin' From Where I'm From | 340-393 |

**EXHIBIT A**

**IP Address:** 71.253.58.194 2007-05-22 05:11:39 EDT          **CASE ID#** 130125311

**P2P Network:** GnutellaUS          **Total Audio Files:** 276

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Lava Records LLC | Kid Rock | Cowboy | Devil Without A Cause | 204-532 |
| BMG Music | Alan Jackson | Remember When | Greatest Hits Volume II | 340-026 |
| Arista Records LLC | Santana | The Game of Love | Shaman | 323-139 |
| UMG Recordings, Inc. | 3 Doors Down | Kryptonite | The Better Life | 277-407 |
| Interscope Records | Puddle of Mudd | Blurry | Come Clean | 301-465 |
| Warner Bros. Records Inc. | Green Day | Boulevard Of Broken Dreams | American Idiot | 362-125 |
| Arista Records LLC | Ace of Base | All That She Wants | The Sign | 169-749 |
| BMG Music | Foo Fighters | Learn To Fly | There Is Nothing Left To Lose | 285-034 |
| UMG Recordings, Inc. | Def Leppard | Animal | Hysteria | 90-420 |
| UMG Recordings, Inc. | Nazareth | Hair of the Dog | Hair Of The Dog | N23222 |

## EXHIBIT A

**IP Address:** 72.64.107.83 2007-06-04 13:06:30 EDT          **CASE ID#** 131784960

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 301

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Blue October | Into the Ocean | Foiled | 388-117 |
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |
| Arista Records LLC | Whitney Houston | Greatest Love of All | Whitney Houston | 60-716 |
| Warner Bros. Records Inc. | Linkin Park | Numb | Meteora | 346-247 |
| Arista Records LLC | Whitney Houston | When You Believe | My Love is Your Love | 298-453 |
| Lava Records LLC | Simple Plan | I'm Just a Kid | No Pads, No Helmets…Just Balls | 351-060 |
| Capitol Records, Inc. | Pink Floyd | Another Brick in the Wall, Pt. 2 | The Wall | 14-787 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Say My Name | The Writing's on the Wall | 268-936 |

## EXHIBIT A

**IP Address:** 72.64.158.224 2007-06-13 10:50:22 EDT          **CASE ID#** 132803513

**P2P Network:** GnutellaUS          **Total Audio Files:** 328

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Air Supply | Lost in Love | Lost In Love | 38-070 |
| SONY BMG MUSIC ENTERTAINMENT | Lyfe Jennings | Hypothetically | Lyfe 268-192 | 363-168 |
| BMG Music | Brad Paisley | The World | Time Well Wasted | 366-007 |
| Zomba Recording LLC | Ciara | And I | Goodies | 355-316 |
| UMG Recordings, Inc. | Sugarland | Something More | Twice the Speed of Life | 364-758 |
| SONY BMG MUSIC ENTERTAINMENT | Jagged Edge | He Can't Love You | J.E. Heartbreak | 288-396 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| UMG Recordings, Inc. | Counting Crows | Mr. Jones | August and Everything After | 172-267 |
| Atlantic Recording Corporation | Brandy | Have You Ever | Never Say Never | 256-701 |

**EXHIBIT A**

**IP Address:** 72.66.207.2 2007-05-25 06:20:10 EDT                    **CASE ID#** 130502972

**P2P Network:** GnutellaUS                                            **Total Audio Files:** 293

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Elton John | Sorry Seems To Be The Hardest Word | To Be Continued | 127-149 |
| UMG Recordings, Inc. | Nelly | Batter Up | Country Grammar | 281-782 |
| BMG Music | Brad Paisley | Whiskey Lullaby | Mud on the Tires | 336-114 |
| UMG Recordings, Inc. | Hinder | Room 21 | Extreme Behavior | 379-192 |
| UMG Recordings, Inc. | K-Ci & Jojo | All My Life | Love Always | 238-754 |
| BMG Music | Martina McBride | Valentine | Evolution | 240-332 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | I'm Real | J.To Tha L-O!: The Remixes | 309-337 |
| UMG Recordings, Inc. | Avant | Hooked | Private Room | 339-561 |
| Zomba Recording LLC | Eamon | Fuck It (I Don't Want You Back) | I Don't Want You Back | 346-788 |
| Elektra Entertainment Group Inc. | LSG | My Body | Levert, Sweat, Gill | 252-131 |

**EXHIBIT A**

**IP Address:** 72.67.54.10 2007-05-10 19:33:15 EDT                    **CASE ID#** 128564071

**P2P Network:** GnutellaUS                                            **Total Audio Files:** 473

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | The Offspring | Have You Ever | Americana | 264-015 |
| Arista Records LLC | Kelis | Milkshake | Tasty | 353-969 |
| UMG Recordings, Inc. | Mariah Carey | We Belong Together | The Emancipation of Mimi | 370-795 |
| Interscope Records | Limp Bizkit | Behind Blue Eyes | Results May Vary | 346-261 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| UMG Recordings, Inc. | Rihanna | Unfaithful | A Girl Like Me | 387-137 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Iris | Dizzy Up the Girl | 246-538 |

**EXHIBIT A**

**IP Address:** 72.68.230.8 2007-05-30 05:49:24 EDT          **CASE ID#** 131127287

**P2P Network:** GnutellaUS          **Total Audio Files:** 130

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Wheatus | Teenage Dirtbag | Wheatus | 286-488 |
| Capitol Records, Inc. | OK Go | Here It Goes Again | Oh No | 377-392 |
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |
| Capitol Records, Inc. | OK Go | Get Over It | Ok Go | 322-969 |
| UMG Recordings, Inc. | Nirvana | Heart-Shaped Box | In Utero | 172-276 |
| UMG Recordings, Inc. | Blink-182 | Dammit | Dude Ranch | 243-969 |
| UMG Recordings, Inc. | The Police | Message In A Bottle | Regatta De Blanc | 13-166 |
| Warner Bros. Records Inc. | Van Halen | Jump | 1984 (MCMLXXXIV) | 52-319 |
| Warner Bros. Records Inc. | Avenged Sevenfold | Beast And The Harlot | City Of Evil | 374-368 |

## EXHIBIT A

**IP Address:** 72.77.193.196 2007-05-30 16:48:44 EDT          **CASE ID#** 131186188

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 958

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Slim Thug | 3 Kings | Already Platinum | 376-196 |
| UMG Recordings, Inc. | Dru Hill | How Deep Is Your Love | Enter the Dru | 290-402 |
| Capitol Records, Inc. | White Town | Your Woman | Women in Technology | 231-659 |
| UMG Recordings, Inc. | G-Unit | G-Unit | Beg For Mercy | 337-759 |
| Priority Records LLC | Ice Cube | MP | The War Disc | 268-428 |
| UMG Recordings, Inc. | Jadakiss | Kiss of Death | Kiss of Death | 356-267 |
| Atlantic Recording Corporation | Twista | Slow Jamz | Kamikaze | 360-486 |
| UMG Recordings, Inc. | Avant | You | Private Room | 339-561 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Breakdown | Butterfly | 244-014 |
| Atlantic Recording Corporation | Brandy | Top of The World | Never Say Never | 256-701 |

**EXHIBIT A**

**IP Address:** 72.86.72.106 2007-05-29 05:08:00 EDT                **CASE ID#** 131005538

**P2P Network:** GnutellaUS                                          **Total Audio Files:** 81

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Westlife | Flying Without Wings | Westlife | 284-150 |
| UMG Recordings, Inc. | Nelly | Grillz | Grillz (single) | 385-148 |
| LaFace Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| Arista Records LLC | Pink | Trouble | Try This | 345-431 |
| SONY BMG MUSIC ENTERTAINMENT | Montgomery Gentry | Talking to My Angel | You Do Your Thing | 355-896 |
| UMG Recordings, Inc. | Nelly | Country Grammer | Country Grammar | 281-782 |
| Maverick Recording Company | Alanis Morissette | Ironic | Jagged Little Pill | 213-545 |
| UMG Recordings, Inc. | Vince Gill | Go Rest High on That Mountain | When Love Finds You | 190-152 |
| Atlantic Recording Corporation | Jewel | Angel Standing By | Pieces of You | 198-481 |
| Zomba Recording LLC | Usher | Burn | Confessions | 354-784 |

**EXHIBIT A**

**IP Address:** 72.87.71.14 2007-06-11 10:27:44 EDT                    **CASE ID#** 132570780

**P2P Network:** GnutellaUS                                             **Total Audio Files:** 270

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Green Day | American Idiot | American Idiot | 362-125 |
| UMG Recordings, Inc. | Mary J. Blige | Family Affair | No More Drama | 301-461 |
| UMG Recordings, Inc. | 50 Cent | Candy Shop | The Massacre | 366-051 |
| UMG Recordings, Inc. | Kanye West | Jesus Walks | College Dropout | 347-391 |
| UMG Recordings, Inc. | 50 Cent | 21 Questions | Get Rich Or Die Tryin' | 337-801 |
| Interscope Records | Eminem | Soldier | Eminem Show | 317-924 |
| Elektra Entertainment Group Inc. | Vitamin C | Graduation (Friends Forever) | Vitamin C | 278-227 |
| UMG Recordings, Inc. | Hinder | Homecoming Queen | Extreme Behavior | 379-192 |
| SONY BMG MUSIC ENTERTAINMENT | Crossfade | Cold | Crossfade | 354-126 |
| UMG Recordings, Inc. | G-Unit | G-Unit | Beg For Mercy | 337-759 |

# EXHIBIT A

**IP Address:** 72.91.99.242 2007-05-21 07:24:16 EDT          **CASE ID#** 130007859

**P2P Network:** GnutellaUS          **Total Audio Files:** 1058

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| UMG Recordings, Inc. | Hoobastank | The Reason | The Reason | 339-555 |
| Arista Records LLC | Monica | For You I Will | The Boy is Mine | 263-982 |
| Capitol Records, Inc. | Yellowcard | Only One | Ocean Avenue | 343-413 |
| Warner Bros. Records Inc. | Linkin Park | Numb | Meteora | 346-247 |
| UMG Recordings, Inc. | Lifehouse | You And Me | Lifehouse | 370-643 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| Capitol Records, Inc. | Billy Idol | Dancing With Myself | Billy Idol | 39-673 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| UMG Recordings, Inc. | 3 Doors Down | When I'm Gone | Away from the Sun | 333-973 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | One Mic | Stillmatic | 305-698 |

**EXHIBIT A**

**IP Address:** 72.93.68.74 2007-05-17 07:20:45 EDT          **CASE ID#** 129435698

**P2P Network:** GnutellaUS          **Total Audio Files:** 166

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | They Might Be Giants | Fingertips | Apollo 18 | 140-448 |
| Elektra Entertainment Group Inc. | Tracy Chapman | The Promise | New Beginning | 188-489 |
| UMG Recordings, Inc. | Hinder | By the Way | Extreme Behavior | 379-192 |
| UMG Recordings, Inc. | 50 Cent | Candy Shop | The Massacre | 366-051 |
| UMG Recordings, Inc. | Nelly Furtado | Say It Right | Loose | 387-509 |
| UMG Recordings, Inc. | Godsmack | Voodoo | Godsmack | 241-879 |
| UMG Recordings, Inc. | Blue October | Hate Me | Foiled | 388-117 |
| Warner Bros. Records Inc. | Devo | Whip It | Freedom of Choice | 17-936 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Cowboy Take Me Away | Fly | 275-086 |