UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BMG Music<br>1540 Broadway<br>New York, NY 10036;<br><br>Arista Records LLC<br>888 Seventh Avenue, 40th Floor<br>New York, NY 10019;<br><br>Atlantic Recording Corporation<br>1290 Avenue of the Americas<br>New York, NY 10014;<br><br>Capitol Records, Inc.<br>150 Fifth Avenue, 11th Floor<br>New York, NY 10011;<br><br>Elektra Entertainment Group, Inc.<br>75 Rockefeller Plaza<br>New York, NY 10019;<br><br>Fonovisa, Inc.<br>5820 Canoga Avenue<br>Suite 300<br>Woodland Hills, CA 91367;<br><br>Interscope Records<br>2220 Colorado Avenue<br>Santa Monica, CA 90404;<br><br>LaFace Records LLC<br>137-139 West 25th Street<br>New York, NY 10001;<br><br>Lava Records<br>1290 Avenue of the Americas<br>New York, NY 10014;<br><br>Maverick Recording Company<br>9348 Civic Center Drive<br>Beverly Hills, CA 90210;<br><br>Motown Record Company, L.P.<br>1755 Broadway, 6th Floor<br>New York, NY 10019;<br><br>Priority Records LLC<br>1750 N. Vine St.<br>Los Angeles, CA 90028; | Civil Action No.: 07-cv-01227 |

SONY BMG MUSIC ENTERTAINMENT
550 Madison Avenue
New York, NY 10022-3211;

UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404;

and

Virgin Records America, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011,

                Plaintiffs,

    v.

DOES 1 - 24,

                Defendants.

## NOTICE OF DISMISSAL OF DOE #7 WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs BMG Music, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe #7, also identified as ID #128631089 with IP address 71.126.132.61 2007-05-11 07:14:58 EDT, each party to bear its/his own fees and costs.

                Respectfully submitted,

Dated:    September _17_, 2007        **/s/**
                Matthew J. Oppenheim (D.C. Bar No. 443698)
                Oppenheim Group
                7304 River Falls Drive
                Potomac, MD  20854
                (301) 299-4986

                Attorney for Plaintiffs